IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00475-MSK-BNB

NATURALLY CAFFINATED, INC., and
LEAH GARCIA, an individual,

Plaintiffs,

v.

CONTOUR TECHNOLOGY, LLC, a Minnesota limited liability company, and
SHAUN NUGENT, an individual residing in Minnesota,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)     The **Unopposed Motion to Withdraw Motions** [Doc. # 24] is GRANTED;

      (2)     The **Motion to Dismiss Pursuant to F.R.C.P. 12(b)(1)** [Doc. # 13] is DENIED as withdrawn; and

      (3)     The **Motion to Dismiss Pursuant to F.R.C.P. 12(b)(2)** [Doc. # 14] is DENIED as withdrawn with respect to defendant Contour Technology, LLC, but REMAINS PENDING with respect to defendant Shaun Nugent.

DATED: April 29, 2013